Of Counsel:
DAMON KEY LEONG KUPCHAK
HASTERT Attorneys at Law
A Law Corporation

ROBERT H. THOMAS 4610-0
rht@hawaiilawyer.com
1003 Bishop Street, Suite 1600
Honolulu, Hawaii 96813
*www.hawaiilawyer.com*
Telephone: (808) 531-8031
Facsimile: (808) 533-2242

BRIAN KELSEY (*Pro Hac Vice to Be Filed*)
bkelsey@libertyjusticecenter.org
JEFFREY M. SCHWAB (*Pro Hac Vice to Be Filed*)
jschwab@libertyjusticecenter.org
Senior Attorneys
Liberty Justice Center
190 South LaSalle Street, Suite 1500
Chicago, Illinois 60603
Telephone: (312) 263-7668
Facsimile: (312) 263-7702

Attorneys for Plaintiff
  PATRICIA GROSSMAN

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICIA GROSSMAN,<br><br>      Plaintiff,<br><br>  vs.<br><br>HAWAII GOVERNMENT EMPLOYEES ASSOCIATION / AFSCME LOCAL 152; DAVID LASSNER, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE | Civil No. _____<br><br>SUMMONS |

1

| UNIVERSITY OF HAWAII; AND RUSSELL A. SUZUKI, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF HAWAII,<br><br>              Defendants. |
|---|

**SUMMONS**

To the above-named Defendant(s):

You are hereby summoned and required to file with the Court and serve on ROBERT H. THOMAS, Plaintiff's attorneys, whose address is Damon Key Leong Kupchak Hastert, 1003 Bishop Street, Suite 1600, Honolulu, Hawaii 96813, an answer to the Complaint which is herewith served on you, within twenty-one (21) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

This summons shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the general public, unless a judge of the above-entitled court permits, in writing on this summons, personal delivery during those hours.

A failure to obey this summons may result in an entry of default and default judgment against the disobeying person or party.

DATED: Honolulu, Hawaiʻi _____.

_____
CLERK OF THE ABOVE-ENTITLED COURT

---

PATRICIA GROSSMAN vs. HAWAII GOVERNMENT EMPLOYEES ASSOCIATION / AFSCME LOCAL 152; DAVID LASSNER, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNIVERSITY OF HAWAII; AND RUSSELL A. SUZUKI, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF HAWAII, United States District Court for the District of Hawaii, Civ. No. _____; *SUMMONS*