Of Counsel:
DAMON KEY LEONG KUPCHAK HASTERT
Attorneys at Law
A Law Corporation

ROBERT H. THOMAS 4610-0
rht@hawaiilawyer.com
1003 Bishop Street, Suite 1600
Honolulu, Hawaii 96813
*www.hawaiilawyer.com*
Telephone: (808) 531-8031
Facsimile: (808) 533-2242

BRIAN KELSEY (*Pro Hac Vice to Be Filed*)
bkelsey@libertyjusticecenter.org
JEFFREY M. SCHWAB (*Pro Hac Vice to Be Filed*)
jschwab@libertyjusticecenter.org
Senior Attorneys
Liberty Justice Center
190 South LaSalle Street, Suite 1500
Chicago, Illinois 60603
Telephone: (312) 263-7668
Facsimile: (312) 263-7702

Attorneys for Plaintiff
  PATRICIA GROSSMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| PATRICIA GROSSMAN, | Civil No. CV 18-00493 DKW-KSC |
|---|---|
| Plaintiff, | PROOF OF SERVICE |
| vs. | |
| HAWAII GOVERNMENT EMPLOYEES ASSOCIATION / AFSCME LOCAL 152; DAVID LASSNER, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE | |

| | |
|---|---|
| UNIVERSITY OF HAWAII; AND RUSSELL A. SUZUKI, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF HAWAII,<br><br>            Defendants. | |

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Rick Hartsell / Union Agent , who is
designated by law to accept service of process on behalf of *(name of organization)* Hawaii Government Employees Union on *(date)* 12-31-18 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 1-4-19

_____
Server's signature

CHESTER KAU / Process Server
Printed name and title

1036 Hooli Pl, Pearl City HI 96782
Server's address

Additional information regarding attempted service, etc:

Rick Hartsell
Union Agent

Rick H_____