KOSHIBA PRICE & GRUEBNER
Attorneys at Law, A Law Corporation

JAMES E.T. KOSHIBA  768-0
JONATHAN E. SPIKER 10230-0
707 Richards Street, Suite 610
Honolulu, Hawaii  96813
Telephone No.: (808) 523-3900
Facsimile No.:  (808) 526-9829
jkoshiba@koshibalaw.com
jspiker@koshibalaw.com

Attorneys for Defendant
HAWAII GOVERNMENT EMPLOYEES
ASSOCIATION, AFSCME, LOCAL 152, AFL-CIO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICIA GROSSMAN, | CIVIL NO.: 18-00493 DKW-RT |
| Plaintiff, | FIRST STIPULATION FOR EXTENSION OF TIME WITHIN WHICH TO ANSWER COMPLAINT; ORDER |
| vs. | |
| HAWAII GOVERNMENT EMPLOYEES ASSOCIATION / AFSCME LOCAL 152; DAVID LASSNER, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNIVERSITY OF HAWAII; AND RUSSELL A. SUZUKI, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF HAWAII, | |
| Defendants. | |

**FIRST STIPULATION FOR EXTENSION OF TIME
WITHIN WHICH TO ANSWER COMPLAINT**

Pursuant to Rule 6(b)(1), Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED by and between Plaintiff Patricia Grossman and Defendant Hawaii Government Employees Association, AFSCME, Local 152, AFL-CIO ("HGEA"), through their respective counsel, that Defendant HGEA shall have up to and including February 11, 2019 within which to Answer the Complaint in this matter.

DATED: Honolulu, Hawaii, January 17, 2019.

_____
JAMES E. T. KOSHIBA
JONATHAN E. SPIKER
Attorneys for Defendant
HAWAII GOVERNMENT EMPLOYEES
ASSOCIATION, AFSCME, LOCAL 152,
AFL-CIO

_____
ROBERT H. THOMAS
LIBERTY JUSTICE CENTER
BRIAN KELSEY (*Pro Hac Vice to Be Filed*)
JEFFREY M. SCHWAB (*Pro Hac Vice to Be Filed*)
Attorneys for Plaintiff
PATRICIA GROSSMAN

APPROVED AND SO ORDERED

DATED: Honolulu, Hawaii, _____.

_____
Rom A. Trader
United States Magistrate Judge

---

*Patricia Grossman vs. Hawaii Government Employees Association / AFSCME Local 152; David Lassner, In His Official Capacity as President of The University of Hawaii; and Russell A. Suzuki, In His Official Capacity as Attorney General of Hawaii*; Civil No. 18-00493 DKW-RT; FIRST STIPULATION FOR EXTENSION OF TIME WITHIN WHICH TO ANSWER COMPLAINT; ORDER