CLARE E. CONNORS   7936
Attorney General of Hawai'i

JAMES E. HALVORSON   5457
RICHARD H. THOMASON   5140
Deputy Attorneys General
Department of the Attorney
  General, State of Hawai'i
235 South Beretania Street, 15th Floor
Honolulu, Hawai'i   96813
Telephone: (808) 587-2900
Facsimile:  (808) 587-2965
E-Mail:  james.e.halvorson@hawaii.gov
            richard.h.thomason@hawaii.gov

Attorneys for Defendant
RUSSELL A. SUZUKI,
in his official capacity as the
Attorney General of Hawaii

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| PATRICIA GROSSMAN,<br><br>        Plaintiff,<br><br>   vs.<br><br>HAWAII GOVERNMENT EMPLOYEES ASSOCIATION/AFSCME LOCAL 152; DAVID LASSNER, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNIVERSITY OF HAWAII; AND RUSSELL A. SUZUKI, IN HIS OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF HAWAII,<br><br>        Defendants. | CIVIL NO. 18-cv-00493 DKW-KSC<br><br>DEFENDANT RUSSELL A. SUZUKI'S ANSWER TO [DN 1] THE COMPLAINT SEEKING DECLARATORY RELIEF, INJUNCTIVE RELIEF, AND DAMAGES FOR DEPRIVATION OF FIRST AMENDMENT RIGHTS, FILED ON DECEMBER 20, 2018; CERTIFICATE OF SERVICE |

DEFENDANT RUSSELL A. SUZUKI'S ANSWER TO [DN 1] THE COMPLAINT SEEKING DECLARATORY RELIEF, INJUNCTIVE RELIEF, AND DAMAGES FOR DEPRIVATION OF FIRST AMENDMENT RIGHTS, FILED ON DECEMBER 20, 2018

Defendant Russell A. Suzuki, [1] in his official capacity as the former Attorney General of the State of Hawai'i (hereinafter "AG"), by and through his attorneys, Clare E. Connors, Attorney General, and James E. Halvorson and Richard H. Thomason, Deputy Attorneys General, hereby files his Answer to the Complaint filed herein by Plaintiff Patricia Grossman (hereinafter "Plaintiff") on December 20, 2018, (hereinafter "Complaint"), as follows:

FIRST DEFENSE

The Complaint fails to state a claim against the AG upon which relief can be granted.

SECOND DEFENSE

1. The AG admits the allegations contained in paragraphs 11, 13, and 18 of the Complaint.

2. The AG denies the allegations contained in paragraphs 6, 8, 44, 46, 53, 61, and 64 of the Complaint.

3. The AG is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraphs 3, 4, 5, 9,

---

[1] On January 14, 2019, Clare E. Connors took office as the Attorney General for the State of Hawaii.

10, 12, 14, 15, 16, 17, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 42, 43, 45, 47, 62, and 63 of the Complaint, and based upon such lack of belief, denies the same.

    4.    Paragraphs 1, 2, 31, 32, 33, 34, 35, 36, 38, 39, 40, 41, 49, 50, 51, 52, 56, 57, 58, 59, 60, and 65 of the Complaint contain quotations of, and/or make affirmative assertions concerning the legal affect of various cases and statutes. In addition to noting the fact that the cases and statutes in question speak for themselves, the AG denies each of the above listed paragraphs because they call for legal conclusions.

    5.    In response to paragraph 7 of the Complaint, the AG denies "*enforcing*" Hawaii Act 007 as codified in 2018 in HRS, Section 89-4(c). Also denied is the claim that the AG is violating the Plaintiff's First Amendment rights. The AG is without knowledge or information sufficient to form a belief as to the truth or falsity of the remainder of this paragraph, and denies same on that basis.

    6.    In response to paragraph 48 of the Complaint, the AG is without knowledge or information sufficient to form a belief as to the truth or falsity of Plaintiff's claim that if, when she became a University of Hawaii employee, she had been given a choice between paying union dues or not, she would have chosen the latter. The AG thus denies this allegation on that basis. The AG also denies any implication, intentional or otherwise, set forth in this paragraph that the Janus decision therein has any sort of retroactive effect.

7. With regard to paragraph 54 of the Complaint, the AG understands that on January 10, 2019 Defendant Hawaii Government Employees Association provided Plaintiff's local legal counsel with a check purporting to represent a refund of all union dues deducted from Plaintiff's pay from July 10, 2018 to the date thereof.

8. The AG denies any and all other remaining allegations in the Complaint not specifically admitted or responded too above.

### THIRD DEFENSE

9. Plaintiff has failed to exhaust administrative and contractual remedies.

### FOURTH DEFENSE

10. Plaintiff's claims are non-justiciable and are not ripe.

### FIFTH DEFENSE

11. To the extent that the Plaintiff's causes of action only implicate state law, the state has sovereign immunity from suit in federal court on purely state law claims.

### SIXTH DEFENSE

12. Plaintiff failed to mitigate damages, if any.

### SEVENTH DEFENSE

13. Portions of the claims are barred by applicable statutes of limitations.

## EIGHTH DEFENSE

14.     The doctrine of estoppel bars Plaintiff's claims.

## NINTH DEFENSE

15.     Plaintiff unreasonably failed to utilize available processes and procedures that would have prevented or corrected the alleged injuries of which Plaintiff complains.

## TENTH DEFENSE

16.     Plaintiff has failed to name indispensible parties.

## ELEVENTH DEFENSE

17.     The AG intends to rely upon the defense of qualified immunity.

## TWELFTH DEFENSE

18.     The AG intends to rely upon any matter constituting an avoidance or affirmative defense as set forth in rule 8(c) of the Federal Rules of Civil Procedure, and will seek leave to amend this answer accordingly in the event it becomes aware of same during the course of discovery or trial in this action.

WHEREFORE, the AG prays for the following:

1.     That the Complaint filed herein to be dismissed, or in the alternative that Plaintiff take nothing by her Complaint;

2.     That the AG be awarded costs, including reasonable attorneys' fees; and

3. That the Court award such further relief as may be proper.

DATED: Honolulu, Hawai'i, January 18, 2019.

        /s/ Richard H. Thomason
JAMES E. HALVORSON
RICHARD H. THOMASON
Deputy Attorneys General

Attorneys for Defendant
RUSSELL A. SUZUKI,
in his official capacity as the Attorney
General of Hawai'i