IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICIA GROSSMAN<br><br>Plaintiff,<br><br>vs.<br><br>HAWAII GOVERNMENT EMPLOYEES ASSOCIATION / AFSCME LOCAL 152 et al.<br><br>Defendant. | Case. No. CV 18-00493-DKW-RT<br><br>ORDER GRANTING MOTION TO APPEAR PRO HAC VICE AS TO BRIAN K. KELSEY |

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

The Court GRANTS the Motion of BRIAN K. KELSEY to Appear Pro Hac Vice.

| Name of Attorney: | BRIAN K. KELSEY |
|---|---|
| Firm Name: | Liberty Justice Center |
| Firm Address: | 190 S. LaSalle Street, Suite 1500<br>Chicago, IL 60603 |
| Attorney CM/ECF Primary email address: | bkelsey@libertyjusticecenter.org |
| Firm Telephone: | (312) 263-7668 |
| Party Represented | Plaintiff, Patricia Grossman |

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, January 31, 2019.



/s/ Rom A. Trader
Rom A. Trader
United States Magistrate Judge