IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| Patricia Grossman | ) | Case. No. 1:18-CV-00493-DKW-RT |
| Plaintiff, | ) | ORDER GRANTING MOTION TO APPEAR PRO HAC VICE AS TO Matthew J. Murray |
| vs. | ) | |
| Hawaii Government Employees Association/AFSCME Local 152, et al. | ) | |
| Defendant. | ) | |

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

The Court GRANTS the Motion of Matthew J. Murray to Appear Pro Hac Vice.

| Name of Attorney: | Matthew J. Murray |
|---|---|
| Firm Name: | Altshuler Berzon LLP |
| Firm Address: | 177 Post Street, Suite 300<br>San Francisco, CA 94108 |
| Attorney CM/ECF Primary email address: | mmurray@altshulerberzon.com |
| Firm Telephone: | (415) 421-7151 |
| Party Represented | Hawaii Government Employees Association, AFSCME Local 152, AFL-CIO |

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, February 5, 2019



/s/ Rom A. Trader
Rom A. Trader
United States Magistrate Judge