SCOTT A. KRONLAND
MATTHEW J. MURRAY (*Pro Hac Vice*)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-mail: skronland@altber.com
         mmurray@altber.com

JAMES E.T. KOSHIBA (768-0)
JONATHAN E. SPIKER (10230-0)
KOSHIBA PRICE & GRUEBNER
707 Richards Street, Suite 610
Honolulu, Hawaii 96813
Telephone: (808) 523-3900
Facsimile: (808) 526-9829
E-mail: jkoshiba@koshibalaw.com
         jspiker@koshibalaw.com

*Attorneys for Defendant Hawaii Government
Employees Association / AFSCME, Local 152*

[Additional counsel on next page]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICIA GROSSMAN,<br><br>        Plaintiff,<br><br>   v .<br><br>HAWAII GOVERNMENT EMPLOYEES ASSOCIATION/ AFSCME LOCAL 152; DAVID LASSNER, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNIVERSITY OF HAWAII; AND CLARE E. CONNORS, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF HAWAII,<br><br>        Defendants. | Case No. 18-00493 DKW-RT<br><br>**DEFENDANTS' JOINT SCHEDULING CONFERENCE STATEMENT (LR 16.2(b))**<br><br>Scheduling Conf.:<br>June 13, 2019, 9:00 AM<br>Hon. Rom Trader |

CLARE E. CONNORS (7936)
Attorney General of Hawaii
JAMES E. HALVORSON (5457)
RICHARD H. THOMASON (5140)
Deputy Attorneys General
Department of the Attorney General, State of Hawai'i
235 South Beretania Street, 15th Floor
Honolulu, Hawaii 96813
Telephone: (808) 587-2900
Facsimile: (808) 587-2965
E-Mail:  james.e.halvorson@hawaii.gov
           richard.h.thomason@hawaii.gov

*Attorneys for Defendant Clare E. Connors,*
*in her official capacity as the Attorney General of Hawaii*

CARRIE K. S. OKINAGA (5958-0)
University General Counsel
DEREK T. MAYESHIRO (6858-0)
ELISABETH A. K. CONTRADES (7665-0)
LESLIE P. CHINN (8426-0)
Associates General Counsel
University of Hawai'i
2444 Dole Street, Bachman Hall 110
Honolulu, Hawai'i 96822
Telephone: (808) 956-2211
Facsimile: (808) 956-2109
E-Mail:  derekmay@hawaii.edu
           elisabeth.contrades@hawaii.edu
           lchinn8@hawaii.edu

*Attorneys for Defendant David Lassner,*
*in his official capacity as President of the University of Hawai'i*

**DEFENDANTS' JOINT SCHEDULING CONFERENCE STATEMENT**

Pursuant to Local Rule 16.2(b), defendants Hawaii Government Employees Association / AFSCME Local 152 ("HGEA"), Clare E. Connors, and David Lassner provide this Joint Scheduling Conference Statement in advance of the June 13, 2019 Scheduling Conference.

## 1.    Nature of the Case

Defendant HGEA is the democratically chosen collective bargaining representative for a unit of University of Hawaii employees.  Plaintiff Patricia Grossman is one of the employees in the bargaining unit.  Plaintiff brought this action against defendants HGEA, the President of the University of Hawaii (David Lassner), and Hawaii's Attorney General (now Clare E. Connors) on December 20, 2018.  Complaint (Dkt. 1).  Her Complaint alleges two causes of action under 42 U.S.C. §1983.

In Count II, plaintiff alleges that Hawaii's system of public sector collective bargaining through a democratically chosen exclusive representative violates the First Amendment.  Complaint ¶¶55-65.  On May 21, 2019, this Court granted defendants' Motion to Dismiss Count II, holding that Count II is meritless under on-point Supreme Court and Ninth Circuit precedent.  Dkt. 46.  All that remains for resolution is Count I.

In Count I, plaintiff alleges that defendants have violated her First

Amendment rights by deducting union membership dues from her paychecks and refusing to allow her to withdraw from her membership in HGEA and stop her membership dues deductions.  Complaint ¶¶37-54.  The facts will show that Count I is also meritless.  Plaintiff alleges that she "has no recollection of ever having signed a union membership authorization," Complaint ¶24, but plaintiff voluntarily signed an application to become a HGEA member, and agreed to pay union membership dues, in 1995.  HGEA has a copy of her written agreement.  As a union member, plaintiff enjoyed membership rights and took advantage of access to members-only benefits.  The deduction of membership dues from plaintiff's pay pursuant to her own signed membership agreement did not infringe any First Amendment rights because plaintiff voluntarily authorized those deductions.

In July 2018, plaintiff requested to resign her union membership and stop dues deduction from her paychecks.  HGEA did not promptly process that request because of an administrative error.  Other individuals in the same position had their requests processed and had any post-resignation deductions refunded.  Upon discovering that plaintiff's request had never been processed due to an administrative error, HGEA in January 2019 notified plaintiff's employer to stop further deductions and sent plaintiff an unconditional refund of the $402.60 in dues received from her beginning on July 1, 2018, the start of the payroll period during which she requested to stop her dues deductions.  Because defendants have already

processed plaintiff's request to stop deductions, plaintiff is no longer a member of

HGEA, and HGEA has refunded all dues received from her since before she

requested that her deductions cease, there remains no further live controversy

regarding the period from July 1, 2018 forward.  Moreover, HGEA's

administrative error was not state action that gives rise to a 42 U.S.C. §1983 claim.

Plaintiff's claims for retrospective relief against defendants Connors and Lassner

are also barred by sovereign immunity.

## 2.     Jurisdiction

This Court has federal question jurisdiction over plaintiff's claims under 28

U.S.C. §1331, except that plaintiff's remaining claims for prospective relief and

for retrospective relief for the period July 1, 2018 forward do not present a live

controversy and thus should be dismissed.  Venue is proper because all defendants

are residents of Hawaii and a substantial portion of the events at issue occurred in

Hawaii.  28 U.S.C. §1391(b).

## 3.     Jury Trial

No party has demanded a jury trial.

## 4.     Disclosures

The parties agreed to exchange initial disclosures pursuant to Fed. R. Civ. P.

26(a)(1) on June 6, 2019.  All defendants are serving their initial disclosures on all

other parties on June 6, 2019.

5.     **Discovery, Motions, and Hearings**

No discovery has been completed or is in progress.  No motions are currently pending.  Defendants' Motion to Dismiss Count II was granted on May 21, 2019.  Dkt. 46.

6.     **Special Procedures**

All defendants are open to attempting to agree on stipulated facts on which the parties could file cross-motions to dismiss or for summary judgment to resolve Count I, but defendants believe that discovery should not be postponed as the parties attempt to reach such a potential stipulation.  Defendants do not believe that any of the other special procedures specified in Fed. R. Civ. P. 16(c) and LR16.2 are appropriate in this action.

7.     **Related Cases**

Defendants are not aware of any related case.

8.     **Additional Matters**

The parties have discussed alternative dispute resolution options, including, without limitation, the option of participation in the court's mediation program.  Defendants are prepared to consider this matter further and discuss options at the Scheduling Conference.  *See* LR26.1(c).

Pursuant to LR26.1(b), defendants reserve the right to file a supplemental Rule 26 Report before the scheduling conference if defendants have any objections

to plaintiff's Rule 26 Report.

Dated:  June 6, 2019                    Respectfully submitted,

                              By:    */s/ Matthew J. Murray*
                                     SCOTT A. KRONLAND
                                     MATTHEW J. MURRAY (*Pro Hac Vice*)
                                     ALTSHULER BERZON LLP

                                     JAMES E.T. KOSHIBA
                                     JONATHAN E. SPIKER
                                     KOSHIBA PRICE & GRUEBNER

                                     *Attorneys for Defendant Hawaii Government*
                                     *Employees Association / AFSCME Local 152*


                                     */s/ Richard H. Thomason*
                                     RICHARD H. THOMASON
                                     JAMES E. HALVORSON
                                     Deputy Attorneys General

                                     *Attorneys for Defendant Clare E. Connors, in*
                                     *her official capacity as the Attorney General*
                                     *of Hawaii*


                                     /s/ *Derek T. Mayeshiro*
                                     CARRIE K. S. OKINAGA
                                     University General Counsel
                                     DEREK T. MAYESHIRO
                                     ELISABETH A. K. CONTRADES
                                     LESLIE P. CHINN
                                     Associates General Counsel

                                     *Attorneys for Defendant David Lassner, in*
                                     *his official capacity as President of the*
                                     *University of Hawai'i*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was

served electronically through CM/ECF on the following:

> ROBERT H. THOMAS
> DAMON KEY LEONG KUPCHAK HASTERT
> 1003 Bishop Street, Suite 1600
> Honolulu, HI 96813
> > Attorneys for Plaintiff PATRICIA GROSSMAN

> BRIAN KELSEY (*Pro Hac Vice*)
> JEFFREY M. SCHWAB (*Pro Hac Vice*)
> REILLY STEPHENS (*Pro Hac Vice*)
> Liberty Justice Center
> 190 South LaSalle Street, Suite 1500
> Chicago, IL 60603
> > Attorneys for Plaintiff PATRICIA GROSSMAN

> DEREK T. MAYESHIRO
> ELISABETH A.K. CONTRADES
> LESLIE P. CHINN
> 2444 Dole St., Bachman Hall 110
> Honolulu, HI 96822
> > Attorneys for Defendant DAVID LASSNER

> JAMES HALVORSON
> RICHARD THOMASON
> Department of the Attorney General, State of Hawaii
> 235 S. Beretania Street, 15th Floor
> Honolulu, HI 96813
> > Attorneys for Defendant CLARE E. CONNORS

Dated: June 6, 2019          By:   */s/Matthew J. Murray*
                                   SCOTT A. KRONLAND
                                   MATTHEW J. MURRAY (*Pro Hac Vice*)
                                   ALTSHULER BERZON LLP

                                   JAMES E.T. KOSHIBA
                                   JONATHAN E. SPIKER
                                   KOSHIBA PRICE & GRUEBNER

                                   *Attorneys for Defendant Hawaii Government*
                                   *Employees Association / AFSCME Local 152*

6