CLARE E. CONNORS        7936
Attorney General of Hawaii

JAMES E. HALVORSON        5457
RICHARD H. THOMASON        5140
Deputy Attorneys General
Department of the Attorney
   General, State of Hawaii
235 South Beretania Street, 15th Floor
Honolulu, Hawaii   96813
Telephone: (808) 587-2900
Facsimile:  (808) 587-2965
E-Mail:  james.e.halvorson@hawaii.gov
         richard.h.thomason@hawaii.gov

Attorneys for Defendant
CLARE E. CONNORS,
in her official capacity as the
Attorney General of Hawaii

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICIA GROSSMAN,<br><br>     Plaintiff,<br><br>vs.<br><br>HAWAII GOVERNMENT EMPLOYEES ASSOCIATION / AFSCME LOCAL 152; DAVID LASSNER, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNIVERSITY OF HAWAII; AND CLARE E. CONNORS, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF HAWAII,<br>     Defendants. | CIVIL NO. 18-cv-00493 DKW-RT<br><br>DEFENDANT CLARE E. CONNORS INITIAL DISCLOSURES; CERTIFICATE OF SERVICE<br><br>Scheduling Conference:<br><br>Date:    June 13, 2019<br>Time:    9:00 a.m.<br>Judge:  Honorable Rom Trader |

<u>DEFENDANT CLARE E. CONNORS INITIAL DISCLOSURES</u>

Defendant Clare E. Connors, in her official capacity as the Attorney General of the State of Hawai'i (hereinafter "AG"), by and through her attorneys, James E. Halvorson and Richard H. Thomason, Deputy Attorneys General, pursuant to Rule 16, hereby submits their Initial Disclosures pursuant to Rule 26(a)(1), Federal Rules of Civil Procedure.

I.    <u>WITNESSES WITH NON-PRIVILEGED PERSONAL KNOWLEDGE</u>

The AG identifies the following persons who, upon information and belief, may have personal knowledge of facts potentially relevant to the instant case, as to issues of liability or damages or both.  Some of the information held by such persons may be privileged or subject to the work product doctrine or confidential, which will have to be determined through further investigation.

1.    Roderick Becker
      State of Hawaii, Department of Public Safety
      c/o Richard Thomason, Deputy Attorney General
      Department of the Attorney General
      235 S. Beretania Street, 15th Floor
      Honolulu, Hawaii  96813
      Telephone:  (808) 587-2900

2.    Leila Kagawa
      c/o Richard Thomason, Deputy Attorney General
      Department of the Attorney General
      235 South Beretania Street, 15th Floor
      Honolulu, Hawaii   96813
      Telephone:  (808) 587-2900

7.     All individuals listed in the Initial Disclosures of Plaintiff and the Defendant Lassner.

8.     The AG reserves the right to supplement/amend her Initial Disclosures as deemed necessary, based upon further investigation and discovery.

9.     The AG reserves the right to identify other persons who may have knowledge of discoverable information relevant to the claims and the defenses.

II.    <u>DOCUMENTS</u>

The AG is in possession of the following documents that they may use to support their defenses in this lawsuit:

1.     Disclosure of documents, including data compilations and tangible things within the possession and control of Defendants that support the defense contentions with respect to significant factual issues in the case.

2.     Documents relating to Plaintiff's claims.

3.     Other miscellaneous documents the AG will provide for review, copies of all relevant, non-privileged documents related to this case upon request.

These documents will be available for inspection at the offices of the Department of the Attorney General, 235 South Beretania Street, 15th Floor, Honolulu, Hawaii  96813, at a mutually convenient date and time.

III.  DAMAGES

The AG does not anticipate seeking any damages, other than costs and reasonable attorney's fees.

IV.  INSURANCE COVERAGE

The State of Hawaii is a self-insured entity.  There is no insurance agreement that is available for inspection or copying.

DATED:  Honolulu, Hawaii, June 6, 2019.

 /s/ Richard H. Thomason
JAMES E. HALVORSON
RICHARD H. THOMASON
Deputy Attorneys General

Attorneys for Defendant
CLARE E. CONNORS,
in her official capacity as the
Attorney General of Hawaii