| | |
|---|---|
| CARRIE K. S. OKINAGA | 5958-0 |
|   University General Counsel | |
| DEREK T. MAYESHIRO | 6858-0 |
| derekmay@hawaii.edu | |
| ELISABETH A. K. CONTRADES | 7665-0 |
| elisabeth.contrades@hawaii.edu | |
| LESLIE P. CHINN | 8426-0 |
| lchinn8@hawaii.edu | |

  Associates General Counsel
University of Hawaiʻi
2444 Dole Street, Bachman Hall 110
Honolulu, Hawaiʻi  96822
Telephone: (808) 956-2211
Facsimile:   (808) 956-2109

Attorneys for Defendant
DAVID LASSNER, IN HIS OFFICIAL
CAPACITY AS PRESIDENT OF
THE UNIVERSITY OF HAWAIʻI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| PATRICIA GROSSMAN, | CIVIL NO. 18-00493  DKW-RT |
|         Plaintiff, | |
|   vs. | **CERTIFICATE OF SERVICE** |
| HAWAII GOVERNMENT EMPLOYEES ASSOCIATION / AFSCME LOCAL 152; DAVID LASSNER, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNIVERSITY OF HAWAII; AND RUSSELL SUZUKI, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF HAWAII; | (re: *Defendant David Lassner's, In His Official Capacity as President of The University of Hawaii's Rule 26 Initial Disclosures*) |
|         Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that, on the date noted below, a true and correct copy of the document entitled *Defendant David Lassner's, In His Official Capacity as President of The University of Hawaii's Rule 26 Initial Disclosures*, dated June 6, 2019 was served on the following via email:

| | | |
|---|---|---|
| ROBERT H. THOMAS, ESQ.<br>Damon Key Leong Kupchak Hastert<br>1003 Bishop St., Ste. 1600<br>Honolulu, HI  96813<br>　　　AND | rht@hawaiilawyer.com | 6/7/19 |
| BRIAN KELSEY, ESQ.<br>　　　*(Pro Hac Vice)* | bkelsey@libertyjusticecenter.org | 6/7/19 |
| JEFFREY M. SCHWAB, ESQ.<br>　　　*(Pro Hac Vice)* | jschwab@libertyjusticecenter.org | |
| REILLY STEPHENS, ESQ.<br>　　　*(Pro Hac Vice)*<br>Liberty Justice Center<br>190 South LaSalle St., Ste. 1500<br>Chicago, IL  60603<br>　 Attorneys for Plaintiff<br>　 PATRICIA GROSSMAN | rstephens@libertyjusticecenter.org | |
| JAMES E.T. KOSHIBA, ESQ.<br>JONATHAN E. SPIKER, ESQ.<br>Koshiba Price & Gruebner<br>707 Richards Street, Ste. 610<br>Honolulu, HI  96813<br>　　AND | jkoshiba@koshibalaw.com<br>jspiker@koshibalaw.com | 6/7/19 |

| | | |
|---|---|---|
| SCOTT A. KRONLAND, ESQ.<br>MATTHEW J. MURRAY, ESQ.<br>*(Pro Hac Vice)*<br>Altshuler Berzon LLP<br>177 Post Street, Suite 300<br>San Francisco, CA  94108<br>  Attorneys for Defendant<br>  HAWAII GOVERNMENT<br>  EMPLOYEES ASSOCIATION,<br>  AFSCME, LOCAL 152, AFL-CIO | skronland@altshulerberzon.com | 6/7/19 |
| JAMES E. HALVORSON, ESQ.<br>RICHARD H. THOMASON, ESQ.<br>Office of the Attorney General<br>235 So. Beretania Street, 15th Fl<br>Honolulu, HI  96813<br>  Attorney for Defendant<br>  RUSSELL A. SUZUKI, in his<br>  official capacity as Attorney<br>  General of the State of Hawaiʻi | james.e.halvorson@hawaii.gov<br>richard.h.thomason@hawaii.gov | 6/7/19 |

DATED:  Honolulu, Hawaiʻi, June 7, 2019.

      /s/   *Derek T. Mayeshiro*
CARRIE K. S. OKINAGA
  University General Counsel
DEREK T. MAYESHIRO
ELISABETH A. K. CONTRADES
LESLIE P. CHINN
  Associates General Counsel
Attorneys for Defendant
DAVID LASSNER, IN HIS OFFICIAL
CAPACITY AS PRESIDENT OF
THE UNIVERSITY OF HAWAIʻI