Of Counsel:
DAMON KEY LEONG KUPCHAK HASTERT
Attorneys at Law
A Law Corporation

ROBERT H. THOMAS 4610-0
rht@hawaiilawyer.com
1003 Bishop Street, Suite 1600
Honolulu, Hawaii 96813
*www.hawaiilawyer.com*
Telephone: (808) 531-8031
Facsimile: (808) 533-2242

BRIAN K. KELSEY (*Pro Hac Vice*)
bkelsey@libertyjusticecenter.org
JEFFREY M. SCHWAB (*Pro Hac Vice*)
jschwab@libertyjusticecenter.org
REILLY STEPHENS (*Pro Hac Vice*)
rstephens@libertyjusticecenter.org
Liberty Justice Center
190 South LaSalle Street, Suite 1500
Chicago, Illinois 60603
Telephone: (312) 263-7668
Facsimile: (312) 263-7702

Attorneys for Plaintiff
  PATRICIA GROSSMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| PATRICIA GROSSMAN, | Civil No. 18-00493-DKW-RT |
|---|---|
| Plaintiff, | **PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT; MEMORANDUM IN SUPPORT OF MOTION** |
| vs. | |
| HAWAII GOVERNMENT EMPLOYEES ASSOCIATION / AFSCME LOCAL 152; | |

| | |
|---|---|
| DAVID LASSNER, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNIVERSITY OF HAWAII; AND CLARE E. CONNORS, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF HAWAII,<br><br>           Defendants. | Date: Tuesday, January 21, 2020<br>Time: 9:30 A.M.<br>Judge: Derrick K. Watson |

## PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff Patricia Grossman ("Grossman"), moves for Summary Judgment on Count I of the Complaint pursuant to Federal Rule of Civil Procedure 56. This Court should enter a judgment:

    a.    DECLARING that limiting the ability of Grossman to resign her union membership to a window of time was unconstitutional because she did not provide affirmative consent;

    b.    DECLARING that Grossman's signing of the union card cannot provide a basis for her affirmative consent to waive her First Amendment rights because such authorization was based on the unconstitutional choice between paying the union as a member or paying the union as a non-member;

    c.    DECLARING that the practice by Defendant David Lassner of withholding union dues from Grossman's paycheck was unconstitutional because Grossman did not provide affirmative consent for her to do so;

  d. ENJOINING David Lassner from collecting union dues from public employees like Grossman who request to end their dues deduction prior to an opt-out period delineated in a collective bargaining agreement;

  e. ENJOINING Defendant Hawaii Government Employees Association from collecting union dues from public employees like Grossman who request to end their dues deduction prior to an opt-out period delineated in a collective bargaining agreement;

  f. Awarding DAMAGES against the Hawaii Government Employees Association for all union dues collected from Grossman since the commencement of her employment;

  g. ENJOINING Attorney General Connors from enforcing Haw. Rev. Stat. § 89-4(c) and any other provisions of Hawaii law that require public employees to wait until a specified window of time to stop the deduction of union dues from their paychecks; and

//
//
//
//
//
//

469704

  h. Awarding Grossman her costs and attorneys' fees under 42 U.S.C. § 1988.

DATED: Honolulu, Hawaii, October 21, 2019.

    Respectfully submitted,

    DAMON KEY LEONG KUPCHAK HASTERT

    /s/ *Robert H. Thomas*
    ROBERT H. THOMAS

    LIBERTY JUSTICE CENTER

    BRIAN K. KELSEY (*Pro Hac Vice*)
    JEFFREY M. SCHWAB (*Pro Hac Vice*)
    REILLY STEPHENS (*Pro Hac Vice*)

    Attorneys for Plaintiff
     PATRICIA GROSSMAN

469704