IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICIA GROSSMAN,<br><br>Plaintiff,<br><br>vs.<br><br>HAWAII GOVERNMENT EMPLOYEES ASSOCIATION / AFSCME LOCAL 152; DAVID LASSNER, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNIVERSITY OF HAWAII; AND CLARE E. CONNORS, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF HAWAII,<br><br>Defendants. | Civil No. 18-00493-DKW-RT<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, a copy of Plaintiff's Motion for Partial Summary Judgment; Memorandum in Support of Motion was duly served electronically through CM/ECF upon the following:

Derek T. Mayeshiro, Esq.
Elisabeth A.K. Contrades, Esq.
derekmay@hawaii.edu

Attorney for Defendants
David Lassner, in his official capacity of
  President of the University of Hawaii

469704

James E.T. Koshiba, Esq.
Jonathan Spiker, Esq.
jkoshiba@koshibalaw.com
jspiker@koshibalaw.com

Attorney for Union
Hawaii Government Employees Association,
  AFSCME, Local 152


Clare E. Connors
Attorney General of Hawaii
James E. Halvorson
Richard H. Thomason
james.e.halvorson@hawaii.gov
richard.h.thomason@hawaii.gov

Attorneys for Defendant
Russell A. Suzuki, in his official capacity of
  Attorney General of Hawaii


DATED: Portland, Oregon, October 21, 2019.

                    DAMON KEY LEONG KUPCHAK HASTERT

                    */s/ Robert H. Thomas*
                    ROBERT H. THOMAS

                    LIBERTY JUSTICE CENTER

                    BRIAN K. KELSEY (*Pro Hac Vice*)
                    JEFFREY M. SCHWAB (*Pro Hac Vice*)
                    REILLY STEPHENS (*Pro Hac Vice*)

                    Attorneys for Plaintiff
                      PATRICIA GROSSMAN