CARRIE K. S. OKINAGA          5958-0
  University General Counsel
DEREK T. MAYESHIRO            6858-0
derekmay@hawaii.edu
ELISABETH A. K. CONTRADES     7665-0
elisabeth.contrades@hawaii.edu
  Associates General Counsel
**UNIVERSITY OF HAWAIʻI**
2444 Dole Street, Bachman Hall 110
Honolulu, Hawaiʻi  96822
Telephone: (808) 956-2211
Facsimile:  (808) 956-2109

Attorneys for Defendant
DAVID LASSNER, IN HIS OFFICIAL
CAPACITY AS PRESIDENT OF
THE UNIVERSITY OF HAWAIʻI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| PATRICIA GROSSMAN,<br><br>          Plaintiff,<br><br>  vs.<br><br>HAWAII GOVERNMENT EMPLOYEES ASSOCIATION / AFSCME LOCAL 152; DAVID LASSNER, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNIVERSITY OF HAWAII; AND RUSSELL SUZUKI, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF HAWAII;<br><br>          Defendants. | CIVIL NO. 18-00493  DKW-RT<br><br>**DEFENDANT DAVID LASSNER'S, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNIVERSITY OF HAWAII'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT [Doc. 60] AND CROSS MOTION FOR SUMMARY JUDGMENT**; MEMORANDUM IN SUPPORT OF OPPOSITION AND CROSS MOTION FOR SUMMARY JUDGMENT; CERTIFICATE OF SERVICE<br><br>*Trial Date:  June 15, 2020* |

# DEFENDANT DAVID LASSNER'S, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNIVERSITY OF HAWAII'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION PARTIAL SUMMARY JUDGMENT [Doc. 60] AND CROSS MOTION FOR SUMMARY JUDGMENT

Comes now, Defendant DAVID LASSNER's, In His Official Capacity as President of The University of Hawaiʻi ("University"), by and through its attorneys, CARRIE K. S. OKINAGA, General Counsel, and DEREK T. MAYESHIRO, Associate General Counsel, and hereby opposes Plaintiff's Motion for Partial Summary Judgment filed October 21, 2019 [Doc. 60] and hereby moves this Honorable Court for summary judgment in its favor against Plaintiff PATRICIA GROSSMAN ("Plaintiff") as to all claims alleged against it in the Complaint Seeking Declaratory and Injunctive Relief, and Damages for Deprivation of First Amendment Rights filed December 20, 2018 ("Complaint") [Doc. 1].

This motion is brought pursuant to Rules 7 and 56 Federal Rules of Civil Procedure, Local Rules 7 and 7.2, and the Stipulation and Order Re: Cross Motions for Summary Judgment filed September 23, 2019 [Doc. 59], and is supported by the attached memorandum, declaration of counsel,

attached declarations, attached exhibits, and the Court's records and files, and any other matter that may be brought to the Court's attention at the hearing for said motion.

DATED: Honolulu, Hawaiʻi, November 18, 2019.

    /s/   *Derek T. Mayeshiro*
CARRIE K. S. OKINAGA
  University General Counsel
DEREK T. MAYESHIRO
ELISABETH A. K. CONTRADES
  Associates General Counsel

Attorneys for Defendant DAVID LASSNER, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNIVERSITY OF HAWAIʻI