IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| PATRICIA GROSSMAN, | CIVIL NO. 18-00493 DKW-RT |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| HAWAII GOVERNMENT EMPLOYEES ASSOCIATION / AFSCME LOCAL 152; DAVID LASSNER, IN HIS OFFICIAL CAPACITY AS PRESENT OF THE UNIVERSITY OF HAWAII; AND RUSSELL SUZUKI, IN HIS OFFICIAL CAPACITY AS ATTORNEY GEERAL OF HAWAII; | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that, on the date noted below, a true and correct copy of the foregoing document was served on the following:

**Served Electronically through CM/ECF:**

| | | |
|---|---|---|
| ROBERT H. THOMAS, ESQ.<br>Damon Key Leong Kupchak Hastert<br>1003 Bishop St., Ste. 1600<br>Honolulu, HI 96813<br>       AND | rht@hawaiilawyer.com | 11/18/19 |
| BRIAN KELSEY, ESQ.<br>       *(Pro Hac Vice)* | bkelsey@libertyjusticecenter.org | 11/18/19 |
| JEFFREY M. SCHWAB, ESQ.<br>       *(Pro Hac Vice)* | jschwab@libertyjusticecenter.org | |
| REILLY STEPHENS, ESQ.<br>       *(Pro Hac Vice)* | rstephens@libertyjusticecenter.org | |
| Liberty Justice Center<br>190 South LaSalle St., Ste. 1500<br>Chicago, IL 60603<br>  Attorneys for Plaintiff<br>  PATRICIA GROSSMAN | | |

***Served Electronically through CM/ECF:***

| | | |
|---|---|---|
| JAMES E.T. KOSHIBA, ESQ.<br>JONATHAN E. SPIKER, ESQ.<br>Koshiba Price & Gruebner<br>707 Richards Street, Ste. 610<br>Honolulu, HI  96813<br>   AND | jspiker@koshibalaw.com | 11/18/19 |
| SCOTT A. KRONLAND, ESQ.<br>MATTHEW J. MURRAY, ESQ.<br>    *(Pro Hac Vice)*<br>Altshuler Berzon LLP<br>177 Post Street, Suite 300<br>San Francisco, CA  94108<br>  Attorneys for Defendant<br>  HAWAII GOVERNMENT<br>   EMPLOYEES ASSOCIATION,<br>   AFSCME, LOCAL 152, AFL-CIO | skronland@altber.com<br>mmurray@altshulerberzon.com | 11/18/19 |
| JAMES E. HALVORSON, ESQ.<br>RICHARD H. THOMASON, ESQ.<br>Office of the Attorney General<br>235 So. Beretania Street, 15th Fl<br>Honolulu, HI  96813<br>  Attorney for Defendant<br>  RUSSELL A. SUZUKI, in his<br>  official capacity as Attorney<br>  General of the State of Hawaiʻi | james.e.halvorson@hawaii.gov<br>richard.h.thomason@hawaii.gov | 11/18/19 |

DATED:  Honolulu, Hawaiʻi, November 18, 2019.

　　　　　　　　　　　　　　　　  /s/   *Derek T. Mayeshiro*　　　　
　　　　　　　　　　　　　　　CARRIE K. S. OKINAGA
　　　　　　　　　　　　　　　  University General Counsel
　　　　　　　　　　　　　　　DEREK T. MAYESHIRO
　　　　　　　　　　　　　　　ELISABETH A. K. CONTRADES
　　　　　　　　　　　　　　　  Associates General Counsel
　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　DAVID LASSNER, IN HIS OFFICIAL
　　　　　　　　　　　　　　　CAPACITY AS PRESIDENT OF
　　　　　　　　　　　　　　　THE UNIVERSITY OF HAWAIʻI