IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| PATRICIA GROSSMAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> HAWAII GOVERNMENT EMPLOYEES ) <br> ASSOCIATION / AFSCME LOCAL 152; ) <br> DAVID LASSNER, IN HIS OFFICIAL ) <br> CAPACITY AS PRESIDENT OF THE ) <br> UNIVERSITY OF HAWAII; AND ) <br> RUSSELL SUZUKI, IN HIS OFFICIAL ) <br> CAPACITY AS ATTORNEY GENERAL ) <br> OF HAWAII; ) <br> Defendants. ) <br> _____) | CIVIL NO. 18-00493  DKW-RT <br><br> **DECLARATION OF COUNSEL; EXHIBIT "A"** |

## **DECLARATION OF COUNSEL**

I, DEREK T. MAYESHIRO, do hereby declare and aver the following:

1. I am a licensed attorney in the State of Hawai'i and I am the attorney representing DAVID LASSNER's, In His Official Capacity as President of The University of Hawai'i ("University") in the above-entitled matter.

2. I make the following representations based upon personal knowledge unless otherwise indicated.

3. I am competent to testify as to the matters stated herein.

4.  Attach as Exhibit "A" is a true and correct copy of the Parties' Stipulation Regarding Undisputed Facts filed 7/31/19 [Doc. 57] and its supporting attachments.

I declare under penalty of perjury that the above statements are true and accurate to the best of my knowledge and/or belief.

DATED:  Honolulu, Hawaiʻi, November 18, 2019.

                      /s/  *Derek T. Mayeshiro*
                      DEREK T. MAYESHIRO