IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| PATRICIA GROSSMAN, | ) CIVIL NO. 18-00493 DKW-RT |
| Plaintiff, | ) **DECLARATION OF** |
| | ) **KIMBERLY M. HASHIRO** |
| vs. | ) |
| HAWAII GOVERNMENT EMPLOYEES ASSOCIATION / AFSCME LOCAL 152; DAVID LASSNER, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNIVERSITY OF HAWAII; AND RUSSELL SUZUKI, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF HAWAII; | ) |
| Defendants. | ) |

## DECLARATION OF KIMBERLY M. HASHIRO

I, KIMBERLY M. HASHIRO, do hereby declare and aver the following:

1. I am the Associate Director of Human Resources, at the University of Hawai'i.

2. I make the following representations based upon personal knowledge unless otherwise indicated.

3. I am competent to testify as to the matters stated herein.

4. As of July 2018, Department of Accounting and General Services ("DAGS") has taken over from the University of Hawai'i the deduction of HAWAII GOVERNMENT EMPLOYEES ASSOCIATION / AFSCME LOCAL 152 ("HGEA") dues for University employees.

5. HGEA and DAGS coordinate between themselves the deduction of HGEA dues for University employees within that union.

6. This arrangement has been continuous from July 2018 to present for each payroll period and is intended to continue into the future.

I declare under penalty of perjury that the above statements are true and accurate to the best of my knowledge and/or belief.

DATED: Honolulu, Hawai'i, November 18, 2019.

*/s/ Kimberly M. Hashiro*

KIMBERLY M. HASHIRO