SCOTT A. KRONLAND
MATTHEW J. MURRAY (*Pro Hac Vice*)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-mail: skronland@altber.com
        mmurray@altber.com

JAMES E.T. KOSHIBA (768-0)
JONATHAN E. SPIKER (10230-0)
KOSHIBA PRICE & GRUEBNER
707 Richards Street, Suite 610
Honolulu, Hawaii 96813
Telephone: (808) 523-3900
Facsimile: (808) 526-9829
E-mail: jkoshiba@koshibalaw.com
        jspiker@koshibalaw.com

*Attorneys for Defendant Hawaii Government
Employees Association / AFSCME, Local 152*

[Additional counsel on next page]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICIA GROSSMAN, | Case No. 18-00493 DKW-RT |
| Plaintiff, | |
| v . | **STIPULATION REGARDING UNDISPUTED FACTS** |
| HAWAII GOVERNMENT EMPLOYEES ASSOCIATION/ AFSCME LOCAL 152; DAVID LASSNER, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNIVERSITY OF HAWAII; AND CLARE E. CONNORS, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF HAWAII, | |
| Defendants. | |

EXHIBIT "A"

CLARE E. CONNORS (7936)
Attorney General of Hawaii
JAMES E. HALVORSON (5457)
RICHARD H. THOMASON (5140)
Deputy Attorneys General
Department of the Attorney General, State of Hawai'i
235 South Beretania Street, 15th Floor
Honolulu, Hawaii 96813
Telephone: (808) 587-2900
Facsimile: (808) 587-2965
E-Mail:  james.e.halvorson@hawaii.gov
         richard.h.thomason@hawaii.gov

*Attorneys for Defendant Clare E. Connors,*
*in her official capacity as the Attorney General of Hawaii*

CARRIE K. S. OKINAGA (5958-0)
University General Counsel
DEREK T. MAYESHIRO (6858-0)
ELISABETH A. K. CONTRADES (7665-0)
LESLIE P. CHINN (8426-0)
Associates General Counsel
University of Hawai'i
2444 Dole Street, Bachman Hall 110
Honolulu, Hawai'i 96822
Telephone: (808) 956-2211
Facsimile: (808) 956-2109
E-Mail:  derekmay@hawaii.edu
         elisabeth.contrades@hawaii.edu
         lchinn8@hawaii.edu

*Attorneys for Defendant David Lassner,*
*in his official capacity as President of the University of Hawai'i*

ROBERT H. THOMAS   4610-0
rht@hawaiilawyer.com
1003 Bishop Street, Suite 1600
Honolulu, Hawaii 96813
*www.hawaiilawyer.com*
Telephone: (808) 531-8031

Facsimile: (808) 533-2242

BRIAN K. KELSEY (*Pro Hac Vice*)
bkelsey@libertyjusticecenter.org
JEFFREY M. SCHWAB (*Pro Hac Vice*)
jschwab@libertyjusticecenter.org
REILLY STEPHENS (*Pro Hac Vice*)
rstephens@libertyjusticecenter.org
Liberty Justice Center
190 South LaSalle Street, Suite 1500
Chicago, Illinois 60603
Telephone: (312) 263-7668
Facsimile: (312) 263-7702

*Attorneys for Plaintiff*

## STIPULATION REGARDING UNDISPUTED FACTS

Plaintiff Patricia Grossman and Defendants Hawaii Government Employees Association / AFSCME Local 152 ("HGEA"), Clare E. Connors, and David Lassner, by and through their undersigned counsel of record, stipulate that, solely for purposes of filing cross-motions to dismiss or for summary judgment in this case, the following facts are true.  The parties intend to meet and confer and propose a mutually agreeable schedule for briefing cross-motions to dismiss or for summary judgment.  Entering this stipulation does not preclude any party from submitting evidence establishing or refuting any other fact in support of or opposition to a motion for summary judgment.

1. Defendant David Lassner is the President of the University of Hawaii ("University").

2. Defendant Clare E. Connors is the Attorney General for the State of Hawaii.

3. Defendant Hawaii Government Employees Association / AFSCME Local 152 ("HGEA") is a labor organization.

4. HGEA is the certified collective bargaining representative of a bargaining unit of administrative, professional, and technical employees of the University known as Unit 8.

5. Plaintiff Patricia Grossman ("Grossman") is an employee of the University and member of Unit 8.

6. Employees in Unit 8 are paid through the State of Hawaii Department of Accounting and General Services ("DAGS").

7. Employees in Unit 8 may become HGEA members by signing a membership card that authorizes the deduction of union dues from their pay.

8. Employees in Unit 8 are not required to become members of HGEA or authorize dues deductions as a condition of employment.

9. DAGS relies on information provided by HGEA regarding which employees have properly authorized or cancelled dues deductions.

10. HGEA members have the right to run for union office, vote in union officer elections, and otherwise participate in HGEA's internal affairs. Nonmembers do not have these membership rights.

11. In 1995, Grossman signed the HGEA membership application card attached as Exhibit 1.

12. DAGS deducted union dues from Grossman's pay and remitted those dues to HGEA after she became a HGEA member.

13. Before June 27, 2018, non-union-members in Unit 8 paid fair-share fees to HGEA to cover their share of the cost of collective bargaining negotiations and contract administration. The "chargeable" fair-share fees paid by nonmembers were on average approximately 75% of full member dues and were always lower than full member dues. After the Supreme Court issued

*Janus v. AFSMCE, Council 31*, 138 S.Ct. 2448 (2018) on June 27, 2018, DAGS immediately stopped deducting and HGEA stopped receiving fair-share fees from nonmembers.

14. Between July 6 and July 10, 2018, Grossman exchanged emails with certain staff members at HGEA, DAGS, and the University.  The email chains containing these emails are attached as Exhibit 2.

15. On or about July 14, 2018, Grossman sent a letter dated July 13, 2018 to HGEA's Hawaii Island Division office and to the University of Hawaii by certified mail, asking to resign her membership and to stop deduction of dues.  The letter is attached as Exhibit 3.  Grossman's letter was received by HGEA's Hawaii Island Division office on the island of Hawaii on or about July 14, 2018.

16. On January 9, 2019, HGEA notified DAGS of Grossman's request to stop dues deductions, and dues deductions from Grossman's pay ended.

17. A total of $402.60 in dues was deducted from Grossman's pay from July 10, 2018 through the time deductions stopped, covering dues for the period July 1, 2018 through December 31, 2018.  Specifically, deductions of $33.55 took place on approximately the 5th and 20th of each month beginning July 20, 2018 and ending January 4, 2019.  Deductions on approximately the 5th of the month covered dues for the second half of the previous month.

Deductions on approximately the 20th of the month covered dues for the first half of that month.

18. On January, 10, 2019, HGEA sent Grossman a check in the amount of $402.60. A copy of the check and cover letter is attached as Exhibit 4.

19. On January 23, 2019, Grossman's counsel sent a letter to HGEA counsel regarding the check. A copy of the letter is attached as Exhibit 5.

20. On January 28, 2019, HGEA sent a follow-up letter to Grossman's counsel regarding the check. A copy of that letter is attached as Exhibit 6.

21. On June 21, 2019, Grossman's counsel informed HGEA's counsel that Grossman had not cashed the check.

22. On June 28, 2019, HGEA sent Grossman a reissued check in the amount of $442.86. A copy of that reissued check and cover letter is attached as Exhibit 7.

23. Grossman is no longer a member of HGEA. No dues or other payments to HGEA are currently being deducted from her pay. HGEA has instructed DAGS and the University that dues should not be deducted from Grossman's pay in the future, and that HGEA will not accept receipt of any dues deducted from Grossman's pay, unless she chooses to join HGEA and authorizes deductions again.

//

Dated:  July 31, 2019                    Respectfully submitted,

                        By:    /s/ Matthew J. Murray
                               SCOTT A. KRONLAND
                               MATTHEW J. MURRAY (*Pro Hac Vice*)
                               ALTSHULER BERZON LLP

                               JAMES E.T. KOSHIBA
                               JONATHAN E. SPIKER
                               KOSHIBA PRICE & GRUEBNER

                               *Attorneys for Defendant Hawaii Government
                               Employees Association / AFSCME Local 152*

                               /s/ Richard H. Thomason
                               RICHARD H. THOMASON
                               JAMES E. HALVORSON
                               Deputy Attorneys General

                               *Attorneys for Defendant Clare E. Connors, in
                               her official capacity as the Attorney General
                               of Hawaii*

                               /s/ Elisabeth A. K. Contrades
                               CARRIE K. S. OKINAGA
                               University General Counsel
                               DEREK T. MAYESHIRO
                               ELISABETH A. K. CONTRADES
                               LESLIE P. CHINN
                               Associates General Counsel

                               *Attorneys for Defendant David Lassner, in
                               his official capacity as President of the
                               University of Hawai'i*

                               /s/ Brian K. Kelsey
                               ROBERT H. THOMAS

                               BRIAN K. KELSEY (*Pro Hac Vice*)
                               JEFFREY M. SCHWAB (*Pro Hac Vice*)
                               REILLY STEPHENS (*Pro Hac Vice*)
                               LIBERTY JUSTICE CENTER

                               *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the foregoing document and

its attached exhibits were served electronically through CM/ECF on the following:

> ROBERT H. THOMAS
> DAMON KEY LEONG KUPCHAK HASTERT
> 1003 Bishop Street, Suite 1600
> Honolulu, HI 96813
> > Attorneys for Plaintiff PATRICIA GROSSMAN
>
> BRIAN KELSEY (*Pro Hac Vice*)
> JEFFREY M. SCHWAB (*Pro Hac Vice*)
> REILLY STEPHENS (*Pro Hac Vice*)
> Liberty Justice Center
> 190 South LaSalle Street, Suite 1500
> Chicago, IL 60603
> > Attorneys for Plaintiff PATRICIA GROSSMAN
>
> DEREK T. MAYESHIRO
> ELISABETH A.K. CONTRADES
> LESLIE P. CHINN
> 2444 Dole St., Bachman Hall 110
> Honolulu, HI 96822
> > Attorneys for Defendant DAVID LASSNER
>
> JAMES HALVORSON
> RICHARD THOMASON
> Department of the Attorney General, State of Hawaii
> 235 S. Beretania Street, 15th Floor
> Honolulu, HI 96813
> > Attorneys for Defendant CLARE E. CONNORS

Dated:  July 31, 2019         By:    */s/ Matthew J. Murray*
                                     SCOTT A. KRONLAND
                                     MATTHEW J. MURRAY (*Pro Hac Vice*)
                                     ALTSHULER BERZON LLP

                                     JAMES E.T. KOSHIBA
                                     JONATHAN E. SPIKER
                                     KOSHIBA PRICE & GRUEBNER

                                     *Attorneys for Defendant Hawaii Government*
                                     *Employees Association / AFSCME Local 152*

Case 1:18-cv-00493-DKW-RT   Document 57-1   Filed 07/31/19   Page 1 of 4   PageID #: 324

EXHIBIT 1

**Enroller:** Please print your SSN: _____ Name: _____

Bargaining Unit: _____ Address: _____

# HGEA/AFSCME Membership Application Form

**Applicant:** Type/print all information legibly and accurately in ink. **Shaded areas are for office use only.** Deliver or mail t form to: HGEA/AFSCME, 888 Mililani St., Suite 601, Honolulu, HI 96813 **or** P.O. Box 2930, Honolulu, HI 96802-2930. Office telephone numbers: **Oahu,** 536-2351; **Hawaii,** 935-6841; **Maui,** 244-5508; **Kauai,** 245-6751.

Have you held HGEA/AFSCME membership before? If so, when (last date)? _Keyed: 7/1/95_

## Membership Information

| 1. Social Security Number | 2. Member Type (see back of this form) | 3. Bargaining Unit (see back) |
|---|---|---|
| [redacted] | A | 08 |

| | PATRICIA | | | | ☐ M |
|---|---|---|---|---|---|
| _GROSSMAN_ | _PATRICIA_ | _D._ | [redacted] | M | ☑ F |
| 4. Last Name | 5. First Name | Middle Initial | 6. Birth Date | 7. Marital Status | 8. Sex |

## Residence Address (P. O. Box and Route addresses are not acceptable as residence address)

| 9. Street Number | 10. Street Name | 11. Apt. No. | 12. City | 13. State | 14. ZIP Code | 15. ZIP Plus 4 |
|---|---|---|---|---|---|---|
| | [redacted] | | | [redacted] | | |

## Mailing Address (If mailing address is same as residence address, leave blank)

| 16. Street Number | 17. Street Name | 18. Apt. No. | 19. City | 20. State | 21. ZIP Code | 22. ZIP Plus 4 |
|---|---|---|---|---|---|---|
| | | | | | | |

## Other Information

| 23. Home Phone Number | 24. Work Phone Number | 25. Political Party Affiliation |
|---|---|---|
| | _933-3631_ | ☐ Democrat ☐ Indep. ☐ Republican ☐ None |

## Spouse Information

| 26. Spouse Last Name | 27. First Name | Middle Initial | 28. Social Security Number | 29. HGEA Member? | 30. Birth Date |
|---|---|---|---|---|---|
| _Grossman_ | _Hugh B._ | | | ☐ Yes ☐ No | |

## Employment Information (State and County employees, please provide a copy of your Personnel Action Form)

EXCLUDED ONLY: Are you on the Excluded Managerial Compensation Plan? ☐ YES ☐ NO | 31. Employment Date: _UH - 4/2/84_

32a. Government Reporting Agency/Jurisdiction:

☑ **S**tate of Hawaii, including
Judiciary
Board of Education (Unit 06)
Board of Regents (Unit 08)

☐ **C**ity and County of Honolulu
☐ Honolulu **B**oard of Water Supply
☐ County of **H**awaii
☐ County of **M**aui

☐ County of **K**auai
☐ **R**etired (State Retirement System)
☐ **E**ast-West Center
☐ **F**ederal **RA = G**

32b. Non-Government Employer:
☐ Private Sector **RA = G** ☐ Non-Profit Organization **RA = G** ☐ None of the Above **RA = G**

| | | | AFSCME | HGEA |
|---|---|---|---|---|
| | | | ✓ | ✓ |

| 33. County Department Code | 34. State Warrant Code |
|---|---|
| | |

| _University of Hawaii Haw.Comm.Coll._ | _200 W. Kawili St._ | _Hilo_ | _HI_ | _96720_ |
|---|---|---|---|---|
| 35. Employer Name | Address | City | State | ZIP |

| **Membership Date:** _07-01-95_ | **Note:** _N795_ |
|---|---|
| **Coverage Type:** _2_ **PM:** _D_ **Amount $** _29.67_ | |

I hereby apply for membership in HGEA/AFSCME, Local 152, AFL-CIO. I understand 1) that I must meet HGEA/AFSCME's membership eligibility requirements before membership is approved, 2) that approved membership will continue irrespective of personnel movements and until I submit written resignation of membership or my membership is terminated by HGEA/AFSCME in accordance with the HGEA/AFSCME Charter and Bylaws, and 3) that I am responsible for providing notification to HGEA/AFSCME of any change to an entry on this application form. I authorize my Employer to disclose any information contained in government records necessary for the administration of my membership account. I certify that the above statements and answers are true and complete to the best of my knowledge and belief.

HGEA/AFSCME Form MEM 111 (Rev. 3/95)
LOCAL 152
AFSCME
UNION LABEL

Signature: _Patricia M. Grossman_ Date: _9/23/95_

Explanation for Item Number 2: **Member Type** is determined by the type of employment position you hold.

| Member Type | Description | * Qualifications | For Information Only •Dues Assessed Per Month |
|---|---|---|---|
| A | Active | Included in one of these bargaining units: 02, 03, 04, 06, 08, 09 and 13. | (Service fee is based on salary and is a mandatory payroll deduction. Therefore, there is no additional fee for membership application.) |
| X | Non-Bargaining | Included in one of these bargaining units: 01, 05, 07, 10, 11 and 12. | $6.40 |
| E | Excluded | | $12.00 Effective 7/1/95: $12.00/$15.00 |
| O | Appointed/Elected Official | | $12.00 Effective 7/1/95: $15.00 |
| F | Federal | Civilian personnel only. | $6.40 |
| P | Private Company | White collar | $6.40 |
| Z | Non-Profit Organization | | $6.40 |
| H | HGEA Staff | | Various |
| R | Retirees | Must have been retired from bargaining unit 02, 03, 04, 06, 08, 09, 13, or member type E or O. | $3.00 up to age 75 $2.00 from age 75 |
| S | Spouse Member | Not employed and your spouse must be a member of HGEA in good standing. | $3.00 |
| W | Surviving Spouse | Not employed, must apply within 60 days of member's expiration date, and deceased member must have been in good standing. | $3.00 |
| Y | Other | Employed in the government sector, but you are not in the above categories. | $6.40 |

* Subject to change as authorized by HGEA's Board of Directors or HGEA's General Assembly without written notification.

Explanation for Item Number 3: **Government Bargaining Unit**

| Bargaining Unit No. | Description | Bargaining Unit No. | Description |
|---|---|---|---|
| 01 | Blue Collar | 08 | Univ. of Hawaii APT |
| 02 | Blue Collar Supervisor | 09 | RP Nurses |
| 03 | White Collar | 10 | Hospital (Institution) |
| 04 | White Collar Supervisor | 11 | Firefighters |
| 05 | Classroom Teacher | 12 | Police Officers |
| 06 | Educational Officer | 13 | Professional and Scientific |
| 07 | Univ. of Hawaii Faculty | | |

51
UNIVERSITY OF HAWAII          HRIS PAYROLL NOTIFICATION FORM        11/23/94 15:27

SSN: [REDACTED]          NAME: GROSSMAN, PATRICIA D          DOC NO: 015971

P/R: F53   WD: L905   FORMER NAME:                          NO. OF BOR APPTS: 1

SEX: F  MARITAL STATUS: M  PAY CLASS: A&ME   FED EXEMPT: [REDACTED]  STATE EXEMPT: [REDACTED]

RET/FICA: 1 A   VISA:          ISL: 1   TENURE: APTES N/A      UH APPT DATE: 04 02 84

APPOINTMENT PERIOD FROM: 07 01 94                APPOINTMENT PERIOD TO: 06 30 95

| P/A | DESCRIPTION | EFF DATE | PARTIAL | POS NO |
| --- | --- | --- | --- | --- |
| 405B | ANNUAL SALARY ADJUSTMENT | 01 01 95 | | 081638 |

CONTACT: COMMUNITY COLLEGES  /HAWAII CC   /PS-NON-CREDIT          /

| FROM: POSITION TITLE | | F/T MON | | TO: POSITION TITLE | | F/T MON | |
| POS NO | RANK/STEP | PERCENT | BU | POS NO | RANK/STEP | PERCENT | BU |
| --- | --- | --- | --- | --- | --- | --- | --- |
| UH EDUCATIONAL SP II | | 2,858.00 | | UH EDUCATIONAL SP II | | 2,915.00 | |
| 081638 | P06   G | 1.0000 | 08 | 081638 | P06   G | 1.0000 | 08 |

ANNUAL:    34,296.00              ANNUAL:    34,980.00         BU: 08
SEMI-MO:    1,429.00              SEMI-MO:    1,457.50         FTE:  1.0000

| PAY TYPE | ACCOUNT CODE | PERCENT | SEMI-MO AMT | NTE DATE | POS NO. |
| --- | --- | --- | --- | --- | --- |
| BASER | [REDACTED] | 1.00000 | 1,457.50 | | 081638 |

REMARKS:

THE ABOVE APPOINTMENT IS CONTINGENT ON THE AVAILABILITY OF FUNDS, AND VISA PRO-
VISIONS WHEN APPLICABLE.  IT IS CERTIFIED THAT THE APPOINTMENT IS IN COMPLIANCE
WITH BOARD OF REGENTS POLICIES AND APPLICABLE STATUTES AND REGULATIONS.  IN THE
EVENT THAT SERVICE DOES NOT CONTINUE THROUGHOUT THE TERM, IF ANY BE SPECIFIED,
THE SALARY DUE WILL BE BASED UPON THE PERIOD OF ACTUAL SERVICE.

APPROVING OFFICER SIGNATURE          DATE          12/1/94

APPROVING OFFICER SIGNATURE          DATE

FISCAL OFFICER SIGNATURE          DATE          12/1/94

I CERTIFY THAT, TO THE BEST OF MY
KNOWLEDGE, THE APPOINTMENT OR
PERSONNEL TRANSACTION(S) SHOWN ABOVE
IS/ARE IN COMPLIANCE WITH BOARD OF
REGENTS POLICIES AND ALL APPLICABLE
STATUTES AND REGULATIONS.

APPOINTING OFFICER SIGNATURE          DATE          DEC -8 1994

941123021008

Case 1:18-cv-00493-DKW-RT   Document 57-2   Filed 07/31/19   Page 1 of 10   PageID #: 325

EXHIBIT 2

UNIVERSITY
of HAWAI'I
SYSTEM

Patricia Grossman <pgrossma@hawaii.edu>

## Fwd: UH message regarding statutory deductions
1 message

**Patricia Grossman** <pgrossma@hawaii.edu>                                    Mon, Jul 9, 2018 at 2:29 PM
To: Lorena Kauhi <LKauhi@hgea.org>, Earl Hatada <ehatada@hgea.org>

It is nice to be in contact with you again Lorena
This time about Janus, note the recent reply from DAGS below

What determines "membership" in HGEA Union 8?
If memory serves, no membership application was completed in 1984 when I joined UH

The 5 July 2018 pay stub shows a deduction for SD, please explain

Many thanks!

Pat.


---------- Forwarded message ----------
From: **Fisher, Lenora D** <lenora.d.fisher@hawaii.gov>
Date: Mon, Jul 9, 2018 at 8:00 AM
Subject: RE: UH message regarding statutory deductions
To: Patricia Grossman <pgrossma@hawaii.edu>
Cc: Karyn Yoshioka <karynn@hawaii.edu>


Patricia,


DAGS does not define member/non-member as this is determined by the unions.  The list is provided by the appropriate union and the deduction was stopped on 7/5/2018 for all paygroups, whether LAG or ATF status.


Thanks,

Lenora


From: Patricia Grossman <pgrossma@hawaii.edu>
Sent: Sunday, July 8, 2018 12:05 PM
To: Fisher, Lenora D <lenora.d.fisher@hawaii.gov>; Karyn Yoshioka <karynn@hawaii.edu>
Subject: Fwd: UH message regarding statutory deductions


Lenora,

How does DAGS operational define non-member for payroll purposes?

For those who are payroll lagged, does the effective date become 20 July?

Pat.

---------- Forwarded message ----------
From: **University of Hawaii** <announce@hawaii.edu>
Date: Fri, Jul 6, 2018 at 4:12 PM
Subject: UH message regarding statutory deductions
To: announce@hawaii.edu

This message is for all employees other than faculty, and is in response to the United States Supreme Court's Janus v. AFSCME ruling on the deduction of union dues for current and future employees.

The State Department of Accounting and General Services (DAGS) Central Payroll Office has stopped deductions of union dues for non-members as directed by the unions beginning with the July 5, 2018 payroll. DAGS will continue to process, as directed by the unions, non member requests. Employees should contact their respective union representative with any questions.

--

This message was sent on behalf of University of Hawaii.
Please do not reply to this message.
It was sent from an address that cannot accept incoming email.

Announcement ID number: 1530929547-32593
Announcement distribution:
    - Staff at all campuses

--

Pat Grossman
Admissions Officer and
International Admissions DSO

Transfer Credit Evaluation and Articulation

University of Hawaii at Hilo
200 West Kawili Street
Hilo, Hawaii 96720-4091
USA
Tel (1-808) 932-7446
Tel 1-800-897-4456
Fax (1-808) 932-7459

--

Pat Grot
Admissions Officer and
International Admissions DSO
Transfer Credit Evaluation and Articulation
University of Hawaii at Hilo
200 West Kawili Street
Hilo, Hawaii 96720-4091
USA
Tel (1-808) 932-7446
Tel 1-800-897-4456
Fax (1-808) 932-7459

UNIVERSITY
of HAWAI'I
SYSTEM

Patricia Grossman <pgrossma@hawaii.edu>

---

## RE: [270-22D674EC-0014] FW: UH message regarding statutory deductions

1 message

---

**Kauhi, Lorena** <lkauhi@hgea.org>                                    Tue, Jul 10, 2018 at 11:27 PM
To: Patricia Grossman <pgrossma@hawaii.edu>

Hi Pat~

Thank you for your e-mail. I'll be out of the office tomorrow, but will plan to give you a call when I'm back in on Thursday to address your questions and determine next steps.

Just some things to note in the meantime - although DAGS sent the notice below in response to the Janus ruling, recent legislation (HB 1725) was passed this last session and enacted into law(Act 007) designating a "window" where active members can elect to discontinue dues deductions. Since your records show that you did activate your membership in 1995, you'd be subject to this window. If, after our discussion, you'd still like to move forward with suspending your dues, your "window" for discontinuing dues would fall next year between 5/23/19 – 6/23/19 (appears you signed up around 5/23/95).

Sorry if there may have been any confusion or misunderstanding on my part. I could only locate meeting notes from 2015 when you were having issues with some coworkers. I'm sorry to say that I don't specifically recall the discussion about your dues/membership when we met, but I can explain the difference between the statutory dues and active membership, and we'll go from there. Thanks again for reaching out...

**Lorena D. Kauhi**
*Union Agent*
Hawaii Government Employees Association / AFSCME Local 152
495 Manono Street, Hilo, HI 96720-4422
Main  808.935.6841  |  Direct  808.961.0761  |  Fax  808.961.2437
lkauhi@hgea.org  |  www.hgea.org  |  Facebook  |  Twitter

**From:** Patricia Grossman [mailto:pgrossma@hawaii.edu]
**Sent:** Tuesday, July 10, 2018 10:23 AM
**To:** Shinagawa, Ginalyn
**Cc:** Kauhi, Lorena
**Subject:** Re: [270-22D674EC-0014] FW: UH message regarding statutory deductions

Thank you for the information Ginalyn

By way of this email

HGEA Hawaii Island Division Office, please advise with regards to your firm belief that a union membership application was completed in 1995

As you may already know Lorena, the Hawaii Island Office assisted with my initial request to have no part of my dues used for political purposes.  This was re-affirmed years later in an office visit conversation with you at that time, and was told my records were so noted.  Given this, my status is non-member.

In recent days, Hawaii Public Radio reported, "State Comptroller Roderick Becker said it is the State's intent to suspend non-member deductions as soon as possible."

Please email Ginalyn to confirm my status, fwd a cc of the to this email address, and, have it reported to DAGS within the next ten business days

Many thanks for your assistance, Lorena

It is appreciated


Pat.




Pat.


On Tue, Jul 10, 2018 at 8:54 AM, Shinagawa, Ginalyn <gshinagawa@hgea.org> wrote:

Hello Patricia!

Thank you for your email.  The document used to verify your membership date  is the membership application you submitted back in 1995.

There were no request received in regards to your dues being used for political purposes.


Please let us know if you need more information.


Thank you,

**Gina Shinagawa**
*Membership Services Technician*
Hawaii Government Employees Association / AFSCME Local 152
888 Mililani Street, Suite 401, Honolulu, HI 96813-2991
Main  808.543.0000  |  Direct  808.543.0039  |  Fax  808.523.6879
gshinagawa@hgea.org |  www.hgea.org  |  Facebook  |  Twitter

**From:** HGEA Member Service Center
**Sent:** Tuesday, July 10, 2018 8:14 AM
**To:** pgrossma@hawaii.edu
**Cc:** _Membership
**Subject:** Re: [270-22D674EC-0014] FW: UH message regarding statutory deductions


Aloha Patricia,


Our fiscal department will be able to assist you on your inquiry. I have CC'd them on this email.


Mahalo,


**Claire Ancheta**
*Member Service Center*
Hawaii Government Employees Association / AFSCME Local 152
888 Mililani Street, Suite 401, Honolulu, HI 96813-2991
Main/Service  808.543.0000  |  service@hgea.org  |  Fax  808.528.4059

---

**From:** Patricia Grossman <pgrossma@hawaii.edu>
**Sent:** Mon, 09 Jul 2018 16:58:59 -1000
**To:** HGEA Member Service Center <service@hgea.org>
**Subject:** Re: [270-22D674EC-0014] FW: UH message regarding statutory deductions


Thanks for the information, Claire

What document was used to verify membership on that date, and
What date did I request that no part of my dues could be used for political
purposes?

Thanks
Pat.


On Mon, Jul 9, 2018 at 3:04 PM, HGEA Member Service Center <service@hgea.org
> wrote:

> Aloha Patricia,
>
> Thank you for contacting HGEA. Our records show that you have been an HGEA
> member since 1995. Please let me know if you need any further assistance.
>
> Mahalo,
>
> *Claire Ancheta*
> *Member Service Center*
> Hawaii Government Employees Association / AFSCME Local 152

> <https://maps.google.com/?q=888+Mililani+Street,+Suite+501,+Honolulu,+HI+96813&entry=gmail&source=g>
> -2991
> Main/Service 808.543.0000 | service@hgea.org | Fax 808.528.4059
>
> ------------------------------
>
>
> ------------------------------------------
> From: Patricia Grossman [pgrossma@hawaii.edu]
> Sent: Saturday, July 07, 2018 12:53 PM
> To: HGEA, Hawaii Island Division
> Subject: Fwd: UH message regarding statutory deductions
>
> Just need to verify that I am a non-member of HGEA UH Unit 08
>
> Thanks!
>
> Pat.
>
> ---------- Forwarded message ----------
> From: University of Hawaii < announce@hawaii.edu - mailto:
> announce@hawaii.edu >
> Date: Fri, Jul 6, 2018 at 4:12 PM
> Subject: UH message regarding statutory deductions
> To: announce@hawaii.edu
>
> This message is for all employees other than faculty, and is in response
> to the United States
> Supreme Court's Janus v. AFSCME ruling on the deduction of union dues for
> current and future
> employees.
>
> The State Department of Accounting and General Services (DAGS) Central
> Payroll Office has stopped
> deductions of union dues for non-members as directed by the unions
> beginning with the July 5, 2018
> payroll. DAGS will continue to process, as directed by the unions, non
> member requests. Employees
> should contact their respective union representative with any questions.
>
> --
>
> This message was sent on behalf of University of Hawaii.
> Please do not reply to this message.
> It was sent from an address that cannot accept incoming email.
>
> Announcement ID number: 1530929547-32593
> Announcement distribution:
> - Staff at all campuses
>
> --
> Pat Grossman
> Admissions Officer and
> International Admissions DSO
> Transfer Credit Evaluation and Articulation
> University of Hawaii at Hilo
> 200 West Kawili Street
> <https://maps.google.com/?q=200+West+Kawili+Street+%0D%0AHilo,+Hawaii+96720&entry=
gmail&source=g>
> Hilo, Hawaii 96720-4091

> USA
> Tel (1-808) 932-7446
> Tel 1-800-897-4456
> Fax (1-808) 932-7459
>


--
Pat Grossman
Admissions Officer and
International Admissions DSO
Transfer Credit Evaluation and Articulation
University of Hawaii at Hilo
200 West Kawili Street
Hilo, Hawaii 96720-4091
USA
Tel (1-808) 932-7446
Tel 1-800-897-4456
Fax (1-808) 932-7459

---

**From:** Service
**Sent:** Mon, 09 Jul 2018 15:04:15 -1000
**To:** pgrossma@hawaii.edu
**Subject:** [270-22D674EC-0014] FW: UH message regarding statutory deductions


Aloha Patricia,


Thank you for contacting HGEA. Our records show that you have been an HGEA member since 1995. Please let me know if you need any further assistance.


Mahalo,


**Claire Ancheta**
*Member Service Center*
Hawaii Government Employees Association / AFSCME Local 152
888 Mililani Street, Suite 401, Honolulu, HI 96813-2991
Main/Service  808.543.0000  |  service@hgea.org  |  Fax  808.528.4059


--

Pat Grossman
Admissions Officer and
International Admissions DSO

Transfer Credit Evaluation and Articulation

University of Hawaii at Hilo
200 West Kawili Street
Hilo, Hawaii 96720-4091
USA
Tel (1-808) 932-7446
Tel 1-800-897-4456
Fax (1-808) 932-7459

Case 1:18-cv-00493-DKW-RT   Document 57-3   Filed 07/31/19   Page 1 of 4   PageID #: 338

# EXHIBIT 3

13 July 2018

Hawaii Government Employees Association (HGEA)
HGEA - AFSCME Local 152
495 Manono Street
Hilo, HI, 96720-4422

University of Hawaii, Office of the President
Bachman Hall 202
2444 Dole Street
Honolulu, HI  96822

Dear Union and Employer:

I, Patricia D Grossman, notify the Hawaii Government
Employees Association (HGEA), herein UNION, and my
employer, the University of Hawaii, herein EMPLOYER, of the
following:

In case you consider me a member of UNION, I hereby resign
from UNION and all of its affiliates, effective immediately. You
do not have my affirmative consent to take any money in union
dues or fees from my paycheck.

If you believe I have given consent in the past, that consent is
revoked, effective immediately. I hereby revoke any prior
dues/fees checkoff authorization I may have signed. This
notification is permanent and continuing in nature, unless and
until I tell you otherwise.

Page 2
13 July 2018

Under Janus v. AFSCME, I insist that you immediately cease deducting any and all union dues or fees from my paycheck. If you refuse to accept this letter as revoking any prior checkoff authorization, please promptly inform me, in writing, of exactly what steps I must take to effectuate that revocation and stop the deduction of dues/fees from my paycheck for UNION.

Please reply promptly to my request. The further exaction of full union dues or fees from me in a manner inconsistent with this letter will violate my rights under the United States Constitution.

Sincerely yours,

*Patricia D Grossman  13 July 2018*
Patricia D Grossman
University of Hawaii at Hilo, Admissions Office
ID#10276157  P#0081113


xc:
University of Hawaii at Hilo, Office of the Chancellor
DAGS, Office of the Comptroller



96721-0F04

FIRST CLASS

CERTIFIED MAIL

7018 0680 0001 6730 5398

96720844422 C025

Hawaii Government Employees Association (HGEA)
HGEA - AFSCME Local 152
495 Manono Street
Hilo, HI 96720-4422

RETURN RECEIPT
REQUESTED

U.S. POSTAGE
PAID
HILO, HI
96720
JUL 14, 18
AMOUNT
$6.70
R2304M11568Z-14

1000          96720

EXHIBIT 4

# KOSHIBA PRICE & GRUEBNER

*Attorneys At Law, A Law Corporation*

January 10, 2019

707 Richards St., Suite 610
Honolulu, HI 96813
Telephone (808) 523-3900
Facsimile (808) 526-9829
Website: www.koshibalaw.com

Robert H. Thomas, Esq.
Damon Key Leong Kupchak Hastert
1003 Bishop Street, Suite 1600
Honolulu, Hawaii 96813

**HAND DELIVERY**

Dear Mr. Thomas:

    Enclosed please find a check made payable to Patricia Grossman in the amount of four hundred two and 60/100 dollars ($402.60) which represents a refund of HGEA dues from July 10, 2018 to date. (Please note that the total amount refunded may be slightly inaccurate because HGEA did not want to delay the refund until it could be verified by the State of Hawaii.)

    Please acknowledge receipt of this refund. Thank you for your assistance.

       Very truly yours,

       James E.T. Koshiba
       for
JETK:se       KOSHIBA PRICE & GRUEBNER
Enclosure

rc:  Brian Kelsey, Esq.
   Russell A. Suzuki, Esq.
   Randy Perreira

rc:    Brian Kelsey, Esq.
Jeffrey M. Schwab, Esq.
Liberty Justice Center
190 South LaSalle Street, Suite 1500
Chicago, Illinois 60603

Russell A. Suzuki, Esq.
Attorney General
State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813

Randy Perreira
Executive Director
HGEA
888 Mililani Street, Suite 401
Honolulu, Hawaii 96813

Debra Kagawa, Esq.
HGEA
888 Mililani Street, Suite 401
Honolulu, HI   96813

**HGEA Escrow Account**

**2044**

Payee    GROSSMAN, PATRICIA D
Vendor ID    GROPAT          Account #:                                   1/10/2019

| Invoice | Description | Discount | Amount |
|---|---|---|---|
| 7/15-12/31/18 | 7/15/18-12/31/18 REF SD | $0.00 | $402.60 |

Total :                                    $0.00            $402.60

---

**2044**

HGEA
AFSCME
LOCAL 152, AFL-CIO

**HGEA Escrow Account**
888 Mililani St., Ste 401
Honolulu, HI 96813

**FIRST HAWAIIAN BANK**
59-101/1213

FRAUD ARMOR

DATE        AMOUNT
1/10/2019    $402.60

PAY ****Four Hundred Two and 60/100 Dollars

TO THE
ORDER
OF          GROSSMAN, PATRICIA D

VOID AFTER 90 DAYS

AUTHORIZED SIGNATURE

MP

# EXHIBIT 5

**hawaiilawyer**.com®

## DAMON KEY LEONG KUPCHAK HASTERT

### A LAW CORPORATION

1003 Bishop Street, Suite 1600
Honolulu, Hawaii  96813-6452
Telephone (808) 531-8031
Facsimile (808) 533-2242
E-Mail: rht@hawaiilawyer.com
Website: www.hawaiilawyer.com

Matthew T. Evans
Tred R. Eyerly
Kayla M. Fajota
Diane D. Hastert
Megumi Honami
Brooke H. Hunter
Andrew I. Kim
Christine A. Kubota
Gregory W. Kugle
Kenneth R. Kupchak
Christopher J.I. Leong
Denis C.H. Leong
Megan L.M. Lim[1]
David P. McCauley
Travis T. Moon
Mark M. Murakami
Veronica A. Nordyke
Anna H. Oshiro
Laurel E. Pepe
Loren A. Seehase
Douglas C. Smith
Robert H. Thomas[2]
Ross Uehara-Tilton
Kelly Y. Uwaine
Michael A. Yoshida
Madeleine M.V. Young[2]
Joanna C. Zeigler

Of Counsel
R. Charles Bocken
Jed Kurzban[3]
Na Lan
Judith A. Schevtchuk

———————

C. F. Damon, Jr. (1926-2017)
Charles W. Key (1929-2008)

[1]Admitted in Hawaii and Washington
[2]Admitted in Hawaii and California
[3]Admitted in Hawaii and Florida



**MERITAS**®
LAW FIRMS WORLDWIDE

Providing business clients
worldwide access to
sophisticated legal advice
and exceptional service.

January 23, 2019

**VIA EMAIL jkoshiba@koshibalaw.com**
James E. T. Koshiba, Esq.
Koshiba Price & Gruebner
707 Richards Street, Suite 610
Honolulu, Hawaii 96813

Re:   *Grossman v. HGEA*, Civ. No. 1:18-cv-00493-DKW-KSC

Dear Mr. Koshiba:

I write in response to your letter dated January 10, 2019. You wrote, "Enclosed please find a check made payable to Patricia Grossman in the amount of four hundred two and 60/100 dollars ($402.60) which represents a refund of HGEA dues from July 10, 2018 to date."

In her Complaint, Plaintiff asked the Court to "declare that limiting the ability of Mrs. Grossman to resign her union membership to a window of time is unconstitutional because she did not provide affirmative consent." Because your client sent a refund of union dues collected from Mrs. Grossman from the last time she expressed her wish to withdraw from the union until now, Mrs. Grossman is treating such action as an admission from Hawaii Government Employees Association that taking union dues from her after she requested to withdraw from the union was unlawful.

If this is an incorrect conclusion to draw, please let us know immediately, and Mrs. Grossman will promptly return the check to you.

Very truly yours,

DAMON KEY LEONG KUPCHAK HASTERT

*[signature]*

Robert H. Thomas

cc:   Derek T. Mayeshiro, Esq. derekmay@hawaii.edu
Richard H. Thomason, Esq. richard.h.thomason@hawaii.gov
Brian Kelsey, Esq. bkelsey@libertyjusticecenter.org
Jeffrey M. Schwab, Esq. jschwab@libertyjusticecenter.org

# EXHIBIT 6

# KOSHIBA PRICE & GRUEBNER

*Attorneys At Law, A Law Corporation*

707 Richards St., Suite 610
Honolulu, HI 96813
Telephone (808) 523-3900
Facsimile (808) 526-9829
Website: www.koshibalaw.com

January 28, 2019

***VIA HAND DELIVERY***
Robert H. Thomas, Esq.
Damon Key Leong Kupchak Hastert
1003 Bishop Street, Suite 1600
Honolulu, Hawaii 98613

***VIA FIRST CLASS MAIL***
Brian Kelsey, Esq.
Jeffrey M. Schwab, Esq.
Liberty Justice Center
190 South LaSalle Street, Suite 1500
Chicago, Illinois 60603

Re:     Grossman v. Hawaii Government Employees Association/AFSCME Local 152; et
        al.; U.S.D.C., District of Hawaii, 1:18-cv-00493-DKW-KSC

Dear Gentlemen:

I write in response to Mr. Thomas' January 23, 2019 letter. HGEA reviewed
Patricia Grossman's file and determined that HGEA made an administrative error by failing to
process her request to stop dues deductions. In August 2018, HGEA cancelled further
deductions and sent refunds to other members who were in the same position as Ms. Grossman.
Due to an administrative error, Ms. Grossman was not included in that group. Upon discovering
that Ms. Grossman's request had never been processed due to an administrative error, HGEA
notified Ms. Grossman's employer to stop further deductions and sent Ms. Grossman an
unconditional refund of the dues received from her beginning on July 1, 2018, the start of the
payroll period during which she requested to stop her dues deductions.

Very truly yours,

James E.T. Koshiba
for
KOSHIBA PRICE & GRUEBNER

JETK:se

EXHIBIT 7

# KOSHIBA PRICE & GRUEBNER

*Attorneys At Law, A Law Corporation*

June 28, 2019

707 Richards St., Suite 610
Honolulu, HI 96813
Telephone (808) 523-3900
Facsimile (808) 526-9829
Website: www.koshibalaw.com

**_VIA HAND DELIVERY_**
Robert H. Thomas, Esq.
Damon Key Leong Kupchak Hastert
1003 Bishop Street, Suite 1600
Honolulu, Hawaii 98613

**_VIA EMAIL_**
Brian Kelsey, Esq.
Jeffrey M. Schwab, Esq.
Reilly Stephens, Esq.
Liberty Justice Center
190 South LaSalle Street, Suite 1500
Chicago, Illinois 60603
bkelsey@libertyjusticecenter.org
jschwab@libertyjusticecenter.org
rstephens@libertyjusticecenter.org

      Re:    *Grossman v. HGEA et al.*, Case No. 18-00493 DKW-RT (D. Haw.)

Dear Counsel:

      On June 21, 2019, you informed us that Patricia Grossman never deposited the check that HGEA provided to her (through counsel) on January 10, 2019 to refund dues deducted from her pay for the period July 1, 2018 forward. You said Ms. Grossman is willing to void the original check and deposit a reissued check. Based on that representation, HGEA has cancelled the January 10, 2019 check and reissued the attached check to Ms. Grossman.

                       Very truly yours,

                       *[signature]*

                       James E.T. Koshiba
                       Jonathan E. Spiker
                       for
JETK:JES               KOSHIBA PRICE & GRUEBNER
Enclosure
cc:    HGEA
       Scott Kronland and Matthew Murray

HGEA Escrow Account

2256

| Payee | GROSSMAN, PATRICIA D | Account #: | | |
|---|---|---|---|---|
| Vendor ID | GROPAT | | | 6/26/2019 |

| Invoice | Description | Discount | Amount |
|---|---|---|---|
| 7/15-12/31/18PG | 7/15/18-12/31/18 REF SD | $0.00 | $442.86 |
| | | Total : $0.00 | $442.86 |

2256



**HGEA Escrow Account**
888 Mililani St., Ste 401
Honolulu, HI 96813

**A F S C M E**
LOCAL 152, AFL-CIO

**FIRST HAWAIIAN BANK**
59-101/1213

🔲 FRAUD ARMOR

| DATE | AMOUNT |
|---|---|
| 6/26/2019 | $442.86 |

PAY ****Four Hundred Forty Two and 86/100 Dollars

TO THE ORDER OF    GROSSMAN, PATRICIA D

VOID AFTER 90 DAYS

AUTHORIZED SIGNATURE