CLARE E. CONNORS          7936
Attorney General of Hawaii

JAMES E. HALVORSON        5457
RICHARD H. THOMASON       5140
Deputy Attorneys General
Department of the Attorney
  General, State of Hawaii
235 South Beretania Street, 15th Floor
Honolulu, Hawaii 96813
Telephone: (808) 587-2900
Facsimile:  (808) 587-2965
E-Mail:  james.e.halvorson@hawaii.gov
         richard.h.thomason@hawaii.gov

Attorneys for Defendant
CLARE E. CONNORS,
in her official capacity as the
Attorney General of Hawaii

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICIA GROSSMAN,<br><br>      Plaintiff,<br><br>  vs.<br><br>HAWAII GOVERNMENT EMPLOYEES ASSOCIATION / AFSCME LOCAL 152; DAVID LASSNER, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNIVERSITY OF HAWAII; AND CLARE E. CONNORS, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF HAWAII,<br>      Defendants. | CIVIL NO. 18-cv-00493 DKW-RT<br><br>DEFENDANT CLARE E. CONNORS' OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY [DN 60], AND CROSS-MOTION FOR SUMMARY JUDGMENT; MEMORANDUM IN SUPPORT OF OPPOSITION AND CROSS MOTION FOR SUMMARY JUDMENT; CERTIFICATE OF SERVICE<br><br><u>Hearing</u><br>Date:    January 24, 2020<br>Time:    9:30 a.m.<br>Judge:  Hon. Derrick K. Watson |

# DEFENDANT CLARE E. CONNORS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT [DN 60] AND CROSS-MOTION FOR SUMMARY JUDGMENT

Defendant Clare E. Connors, in her official capacity as the Attorney General of the State of Hawai'i (hereinafter "AG"), by and through her attorneys, James E. Halvorson and Richard H. Thomason, Deputy Attorneys General, pursuant to Rule 16, hereby submits this Memorandum in Opposition to Plaintiff's Motion for Partial Summary Judgment filed on October 21, 2019 [DN 60], and hereby cross-moves for summary judgment pursuant to FRCP 56 against Plaintiff's remaining claim against the AG, Count 1 in Complainant's Complaint (Dkt 1).

DATED: Honolulu, Hawaii, November 18, 2019.

/s/ Richard H. Thomason
JAMES E. HALVORSON
RICHARD H. THOMASON
Deputy Attorneys General

Attorneys for Defendant
CLARE E. CONNORS,
in her official capacity as the
Attorney General of Hawaii