## TABLE OF CONTENTS

I.   INTRODUCTION ................................................................................ 1

II.  STATEMENT OF MATERIAL UNDISPUTED FACTS ............................ 3

III. ARGUMENT ..................................................................................... 8

    a.    DECLARING that limiting the ability of Grossman to resign her union membership to a window of time was unconstitutional because she did not provide affirmative consent ................................................................................... 9

    b.    DECLARING that Grossman's signing of the union card cannot provide a basis for her affirmative consent to waive her First Amendment rights because such authorization was based on the unconstitutional choice between paying the union as a member or paying the union as a non-member. ................................................. 9

    c.    DECLARING that the practice by Defendant David Lassner of withholding union dues from Grossman's paycheck was unconstitutional because Grossman did not provide affirmative consent for her to do so ....................... 10

    d.    ENJOINING David Lassner from collecting union dues from public employees like Grossman who request to end their dues deduction prior to an opt-out period delineated in a collective bargaining agreement ...................................... 11

    e.    ENJOINING Defendant Hawaii Government Employees Association from collecting union dues from public employees like Grossman who request to end their dues deduction prior to an opt-out period delineated in a collective bargaining agreement ......................................... 11

    f.    Awarding DAMAGES against the Hawaii Government Employees Association for all union dues collected from Grossman since the commencement of her employment .................. 11

      g.      ENJOINING attorney General Connors from enforcing Haw. Rev. Stat. § 89-4(c) and any other provisions of Hawaii law that require public employees to wait until a specified window of time to stop the deduction of union dues from their paychecks ................................................................12

IV.    CONCLUSION ....................................................................................12