## TABLE OF AUTHORITIES

**Federal Cases**                                                                 **Page**

Janus v. AFSMCE,
  Council 31, 138 S. Ct. 2448 (2018) ...................................................... 2, 4, 10, 11

**Federal Statutes**

42 U.S.C. § 1983                                                                         2

**State Statutes**

HRS § 89-4(c)                                                                         2, 12
HRS § 89-6(a)                                                                            1