# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 18-00493DKW-RT |
| CASE NAME: | Patricia Grossman vs. Hawaii Government Employees Association/AFSCME Local 152, et al. |
| ATTYS FOR PLA: | Brian K. Kelsey (by Telephone)<br>Reilly Stephens (by Telephone) |
| ATTYS FOR DEFT: | Scott Alan Kronland (by Telephone)<br>Derek T. Mayeshiro (by Telephone)<br>Richard H. Thomason (by Telephone) |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | No Record |
| DATE: | 11/27/2019 | TIME: | 9:03 - 9:19 |

COURT ACTION: EP: Telephone Conference -

Brian K. Kelsey and Reilly Stephens present for the Plaintiff.

Scott Alan Kronland present for Defendant Hawaii Government Employees Association/AFSCME Local 152.
Derek T. Mayeshiro present for Defendants David Lassner and the University.
Richard H. Thomason for Defendant Attorney General.

Discussion had re: the settlement conference set for 12/12/19 @ 10:00 a.m. Counsel to submit confidential settlement conference letters a week before the conference. Parties may appear by telephone.

The Court may reach out to the parties before the settlement conference for an informal discussion.

Submitted by: Toni Fujinaga, Courtroom Manager.