IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICIA GROSSMAN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>HAWAII GOVERNMENT EMPLOYEES ASSOCIATION / AFSCME LOCAL 152; DAVID LASSNER, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNIVERSITY OF HAWAII; AND CLARE E. CONNORS, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF HAWAII,<br><br>　　　　　Defendants. | Civil No. 18-00493-DKW-RT<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

　　　I hereby certify that on this date, a copy of Plaintiff's Reply To Clare E. Connors' Opposition To Plaintiff's Motion For Summary Judgment And Plaintiff's Opposition To Connors' Cross Motion For Summary Judgment (Dkt. 68) was duly served electronically through CM/ECF upon the following:

　　　Derek T. Mayeshiro, Esq.
　　　Elisabeth A.K. Contrades, Esq.
　　　derekmay@hawaii.edu

　　　Attorney for Defendants
　　　David Lassner, in his official capacity of
　　　　President of the University of Hawaii
　　　James E.T. Koshiba, Esq.

Jonathan Spiker, Esq.
jkoshiba@koshibalaw.com
jspiker@koshibalaw.com

Attorney for Union
Hawaii Government Employees Association,
 AFSCME, Local 152


Clare E. Connors
Attorney General of Hawaii
James E. Halvorson
Richard H. Thomason
james.e.halvorson@hawaii.gov
richard.h.thomason@hawaii.gov

Attorneys for Defendant
Russell A. Suzuki, in his official capacity of
 Attorney General of Hawaii

DATED: Honolulu, Hawaii, December 9, 2019.

>Respectfully submitted,
>DAMON KEY LEONG KUPCHAK HASTERT
>/s/ *Robert H. Thomas*
>ROBERT H. THOMAS
>
>LIBERTY JUSTICE CENTER
>BRIAN K. KELSEY (*Pro Hac Vice*)
>JEFFREY M. SCHWAB (*Pro Hac Vice*)
>REILLY STEPHENS (*Pro Hac Vice*)
>
>Attorneys for Plaintiff,
>   PATRICIA GROSSMAN

2